| Return | | |
|---|---|---|
| Case No.: 4:25CV 632-KDU | Date and time warrant executed: 2/14/2024 2:22 PM EDT | Copy of warrant ~~and inventory~~ left with: AT+T |
| Inventory made in the presence of: SA James Cavanagh | | |

Inventory of the property taken and name of any person(s) seized:

Files containing information associated with VIN 1FMJU1M85PEA14418

[signature] 4/1/2024

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/1/24

[signature]
Executing officer's signature

SA James Cavanagh
Printed name and title